# District Judge Daybook Entry

| | |
|---|---|
| United States District Court - Southern District of West Virginia at Charleston | |
| Date: 1/4/2018 | Case Number 2:16-cv-03491 |
| Case Style: Acosta vs. TEAM Environmental LLC | |
| Type of hearing Telephonic Status Conference | |
| Before the honorable: 2508-Copenhaver | |
| Court Reporter Catherine Schutte-Stant | Courtroom Deputy |
| Attorney(s) for the Plaintiff or Government Pollyanna Hampton,Leah Williams | |
| | |
| Attorney(s) for the Defendant(s) Webster Arceneaux,Richard Gottlieb | |
| | |
| Law Clerk Carl Shaffer | Probation Officer |

Trial Time

Non-Trial Time

Other non-evidentiary hearing. Type: Telephonic Status Conference

Court Time

5:21 PM    to 5:30 PM
Total Court Time: 0 Hours 9 Minutes Non-Trial Time/Uncontested Time

Courtroom Notes

Counsel convened for a telephonic status conference.